Same case below, 418 Fed. Appx. 172.

Same case below, 429 Fed. Appx. 515.

**No. 11-7023. Moshe Cinque Canty, Petitioner v. James Esgrow, et al.**

565 U.S. 1121, 132 S. Ct. 1020, 181 L. Ed. 2d 753, 2012 U.S. LEXIS 216.

January 9, 2012. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 83 App. Div. 3d 1322, 921 N.Y.S.2d 410.

**No. 11-7024. Rickie A. Martinez, Jr., Petitioner v. Anthony Hedgpeth, Warden.**

565 U.S. 1121, 132 S. Ct. 1020, 181 L. Ed. 2d 753, 2012 U.S. LEXIS 337.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7027. Patricia Martinez, Petitioner v. United States District Court for the District of New Mexico (two judgments).**

565 U.S. 1121, 132 S. Ct. 1076, 181 L. Ed. 2d 753, 2012 U.S. LEXIS 233,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 11-7033. Nasir Muntaser, Petitioner v. Margaret Bradshaw, Warden.**

565 U.S. 1121, 132 S. Ct. 1020, 181 L. Ed. 2d 753, 2012 U.S. LEXIS 230.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7037. Andre L. Marshall, Petitioner v. Debbie Morton, et al.**

565 U.S. 1121, 132 S. Ct. 1020, 181 L. Ed. 2d 753, 2012 U.S. LEXIS 204.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 421 Fed. Appx. 832.

**No. 11-7041. Michael Kelley, Petitioner v. Henry C. Ritter, et al.**

565 U.S. 1121, 132 S. Ct. 1021, 181 L. Ed. 2d 753, 2012 U.S. LEXIS 194.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7042. Melvin R. Kerchee, Jr., Petitioner v. Justin Jones, Director, Oklahoma Department of Corrections.**

565 U.S. 1121, 132 S. Ct. 1020, 181 L. Ed. 2d 753, 2012 U.S. LEXIS 403,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 428 Fed. Appx. 851.

**No. 11-7046. Kyle Cavaness, Petitioner v. James Heimgartner, Warden, et al.**

565 U.S. 1121, 132 S. Ct. 1022, 181 L. Ed. 2d 753, 2012 U.S. LEXIS 402.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 447 Fed. Appx. 6.